Long Island Railroad Company, Respondent, v. Daniel S. Jones and Another, Appellants.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Aaron Lubash, Plaintiff, v. Charles A. Sigmund, Defendant.— Motion to dismiss appeal denied, on condition that the appellant perfect his appeal, place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Aaron Lubash, Plaintiff, v. Charles A. Sigmund Realty Company, Defendant.— Motion to dismiss appeal denied, on condition that the appellant perfect its appeal, place the case at the foot of the present calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Annie Lund, as Administratrix, etc., of Albin Lund, Deceased, Appellant, v. Barrett Manufacturing Company, Respondent.— Motion granted, without costs. Present — Jenks, (P. J., Thomas, Carr, Woodward and Rich, JJ.

Adolph Maltz and Marie Maltz, Respondents, v. Westchester County Brewing Company, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Helen Martin, Appellant, v. Michael J. J. Martin, Respondent.— Motion for reargument denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Catharine M. Meserole, Respondent, v. Richard J. Williams, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Patrick O'Hehir and Edward L. Brooks, Respondents, v. Central New England Railway Company, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Carel Parrish, Respondent, v. Jacob Fischel, Appellant.— Motion granted, and case set down for argument on Wednesday, November 27, 1912. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Charles B. Peabody and Another, as Surviving Trustees, etc., Appellants, v. Mary C. Kent, as Executrix, etc., and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Rodman J. Pearson, Appellant, v. William L. Reed and Mary Reed, etc., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. David Karpel, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Carr Woodward and Rich, JJ.

Mabel A. Reynolds, as Executrix, etc., Appellant, v. James M. Townsend and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.